No. 10-14-00275-CR

IN The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

Donald Lee Jones

v.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

from Appeal No. 10-14-00275-CR
Trial Cause No. 12-02026-CRF-361
Brazos                County

**First Motion FOR Extension of Time to File Petition For Discretionary Review**

To The Honorable Judges of the Court of Criminal Appeals;
 Comes Now, Donald Lee Jones , Petitioner, And Files this Motion for
An extension of sixty (60) days in which to File A Petition for Discretionary Review. In support of this motion, Appellant shows the Court the Following:

**I**

The Petitioner was convicted in the 361st District Court of Brazos County, Texas of the Offense of Possession of A controlled substance in Cause No. 12-02026-CRF-361, styled State of Texas vs. Donald Lee Jones . The Petitioner Appealed to the Court of Appeals, 10th Supreme Judicial District. The case was Affirmed on 9-1-2015 .

## II.

The present deadline for filing the Petition for Discretionary Review is 10-1-2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts; Petitioner was informed of the decision of the Court of Appeals in affirming his case, but the unit of incarceration that Petitioner is currently housed has been on Lockdown for a lengthy period of time.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No. 12-02026-CRF-361 to November 1, 2015.

Donald Lee Jones
Petitioner, Pro Se
Texas Department of Criminal Justice
Estelle Unit
TDCJ-ID# 01946697

Huntsville, Texas 77320-3320

I, Donald Lee Jones, TDCJ# 0194667, being presently incarcerated in the Estelle Unit of Texas Department of Criminal Justice in Walker County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 23 day of September, 20 15

X Donald Lee Jones

Estelle Unix TDCJ# 01946697